### MILLSAPS· v. GEORGIA PINE MANUFACTURING COMPANY.

EVANS, P. J.  No error of law is complained of, and the verdict is authorized by the evidence.     *Judgment affirmed.   All the Justices concur.*
NOVEMBER 15, 1913.

Complaint.  Before Judge Daniel.  Fayette superior court.  May 23, 1913.

*Lester C. Dickson,* for plaintiff in error.
*W. B. Hollingsworth,* contra.